UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **JAVELLE WALTON,** ) | Case No. LA CV 11-07798-VBF-AJW |
| ) | |
| Petitioner, ) | ORDER |
| ) | |
| v. ) | Adopting the Report and Recommendation; |
| ) | Denying the Habeas Petition for Lack of Merit; |
| **BRENDA CASH, WARDEN,** ) | Directing Entry of Final Judgment by Separate |
| ) | Document |
| Respondent. ) | |
| _____ ) | |

    Pursuant to 28 U.S.C. § 636(b)(1) subsection c, the Court has reviewed the entire record in this action, including the 28 U.S.C. § 2254 habeas corpus petition and accompanying memorandum of points and authorities (CM/ECF Document ("Doc") 1), the respondent's answer and accompanying memo and lodged documents (Docs 16-17), the January 30, 2015 Report & Recommendation of the U.S. Magistrate Judge ("R&R") (Doc 27), and the applicable law. Petitioner neither filed objections to the R&R within the time allowed nor sought an extension of time in which to do so.

    **The R&R [Doc #27] is ADOPTED** without objection.

The habeas corpus petition **[Doc #1] is DENIED** for lack of merit.

This action is **DISMISSED with prejudice**.

    As required by Fed. R. Civ. P. 58(a), the Court will enter judgment by separate document. *See*

*Jayne v. Sherman*, 706 F.3d 994, 1009 (9th Cir. 2013).[1]

Said judgment will be final, but it will not be appealable until and unless petitioner obtains a certificate of appealability from the U.S. Court of Appeals for the Ninth Circuit.[2]

DATED: April 17, 2015

*/s/ Valerie Baker Fairbank*
_____
Valerie Baker Fairbank
Senior United States District Judge

---

[1] "'To comply with Rule 58, an order must (1) be self-contained and separate from the opinion; (2) note the relief granted; and (3) omit or substantially omit the district court's reasons for disposing of the claims.'" *Elkins v. Foulkes*, 2014 WL 2615732, *14 n.4 (C.D. Cal. June 12, 2014) (quoting *Daley v. USAO*, 538 F. App'x 142, 143 (3d Cir. 2013) (per curiam) (citation omitted)).

[2] "FED. R. APP. P. 22(b)(1) provides in pertinent part that 'if the district judge has denied the certificate, the applicant may request a circuit judge to issue the certificate.'" *Elkins*, 2014 WL 2615732, *14 n.5 (quoting Rule and citing *Silva v. Woodford*, 279 F.3d 825, 832 (9th Cir. 2002) ("[W]e are empowered to issue a COA pursuant to Fed. R. App. P. 22(b)(1) and [28 U.S.C.] § 2253(c)(1).")).