UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **JAVELLE WALTON,** | Case No. LA CV 11-07798-VBF-AJW |
| Petitioner, | |
| v. | **JUDGMENT** |
| **BRENDA CASH, Warden,** | |
| Respondent. | |

Pursuant to the Order Adopting R&R issued concurrently herewith, final judgment is hereby entered in favor of the respondent and against the petitioner Javelle Walton.

Dated: April 17, 2015

*Valerie Baker Fairbank*
_____
Valerie Baker Fairbank
Senior United States District Judge